Same case below, 334 Fed. Appx. 542.

**No. 09-10153. Annabel O. Torres, Petitioner v. W. Elaine Chapman, Warden, et al.**

562 U.S. 843, 131 S. Ct. 76, 178 L. Ed. 2d 52, 2010 U.S. LEXIS 5790.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 359 Fed. Appx. 459.

**No. 09-10168. Dick L. Noel, Petitioner v. United States.**

562 U.S. 843, 131 S. Ct. 76, 178 L. Ed. 2d 52, 2010 U.S. LEXIS 6005.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 581 F.3d 490.

**No. 09-10182. Rudy Stanko, Petitioner v. Herman Quay, et al.**

562 U.S. 844, 131 S. Ct. 76, 178 L. Ed. 2d 52, 2010 U.S. LEXIS 5834.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 356 Fed. Appx. 208.

**No. 09-10198. Lavar Brown, Petitioner v. Pennsylvania.**

562 U.S. 844, 131 S. Ct. 76, 178 L. Ed. 2d 52, 2010 U.S. LEXIS 6065.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 605 Pa. 103, 987 A.2d 699.

52

**No. 09-10254. William Byron Leonard, Petitioner v. E. K. McDaniel, Warden.**

562 U.S. 844, 131 S. Ct. 78, 178 L. Ed. 2d 52, 2010 U.S. LEXIS 5899.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 125 Nev. 1056, 281 P.3d 1195.

**No. 09-10287. Dean James Delguidice, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 844, 131 S. Ct. 79, 178 L. Ed. 2d 52, 2010 U.S. LEXIS 5945.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 351 Fed. Appx. 425.

**No. 09-10387. Richard Allen McWhorter, Petitioner v. California.**

562 U.S. 844, 131 S. Ct. 80, 178 L. Ed. 2d 52, 2010 U.S. LEXIS 5776.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 47 Cal. 4th 318, 97 Cal. Rptr. 3d 412, 212 P.3d 692.

**No. 09-10422. Walter Dendy, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 844, 131 S. Ct. 81, 178 L. Ed. 2d 52, 2010 U.S. LEXIS 5862.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.